**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 8:05CR357 |
| Plaintiff, ) | |
| ) | |
| vs. ) | DETENTION ORDER |
| ) | |
| KEVIN J. SPELLMAN, ) | |
| ) | |
| Defendant. ) | |

A. **Order For Detention**
   After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act on October 7, 2005, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. **Statement Of Reasons For The Detention**
   The Court orders the defendant's detention because it finds:
   _X_  By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
   _X_  By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

C. **Finding Of Fact**
   The Court's findings are based on the evidence which was contained in the Pretrial Services Report, and includes the following:
   _X_  (1)  Nature and circumstances of the offense charged:
      _X_  (a) The crime: a conspiracy to distribute "crack" cocaine in violation of 21 U.S.C. § 846 (Count I) and the possession with intent to distribute in excess of 50 grams of "crack" cocaine (Count II) in violation of 21 U.S.C. § 841(a)(1) both carry a minimum sentence of ten years imprisonment and a maximum of life imprisonment.
      ___ (b) The offense is a crime of violence.
      ___ (c) The offense involves a narcotic drug.
      ___ (d) The offense involves a large amount of controlled substances, to wit: _____

   ___ (2)  The weight of the evidence against the defendant is high.
   _X_ (3)  The history and characteristics of the defendant including:
      (a) General Factors:
         ___ The defendant appears to have a mental condition which may affect whether the defendant will appear.
         ___ The defendant has no family ties in the area.
         _X_ The defendant has no steady employment.
         _X_ The defendant has no substantial financial resources.
         ___ The defendant is not a long time resident of the community.
         ___ The defendant does not have any significant community ties.
         ___ Past conduct of the defendant:
         _X_ The defendant has a history relating to drug abuse.
         ___ The defendant has a history relating to alcohol abuse.
         _X_ The defendant has a significant prior criminal record.

DETENTION ORDER - Page 2

    __X__ The defendant has a prior record of failure to appear at court proceedings.
  (b) At the time of the current arrest, the defendant was on:
    ____ Probation
    ____ Parole
    ____ Release pending trial, sentence, appeal or completion of sentence.
  (c) Other Factors:
    ____ The defendant is an illegal alien and is subject to deportation.
    ____ The defendant is a legal alien and will be subject to deportation if convicted.
    ____ The Bureau of Immigration and Custom Enforcement (BICE) has placed a detainer with the U.S. Marshal.
    ____ Other: _____

__X__ (4) The nature and seriousness of the danger posed by the defendant's release are as follows: The records of NCIC/NCIS, and the Nebraska Department of Motor Vehicles were accessed to compile the following criminal record of Kevin Spellman, DOB: 03/11/1981:

| Date of Offense | Location | Charge | Disposition |
|---|---|---|---|
| 12/23/93 | Omaha, NE | Shoplifting | 01/20/95: Dism/Co Atty |
| 06/11/94 | Omaha, NE | 1) Receive Stolen Item (**felony**)<br>2) Receive Stolen Item | 06/11/94: 1) Reference Juvenile<br>04/10/95: 2) Found |
| 05/26/95 | Omaha, NE | Receive Stolen Item (**felony**) | 11/15/95: Found |
| 07/12/95 | Omaha, NE | 1) Burglary (**felony**)<br>2) Receive Stolen Item (**felony**) | 11/15/95: 1) Dism/Co Atty<br>2) Found |
| 08/26/96 | Omaha, NE | 1) Possess Stolen Firearm (**felony**)<br>2) Possession of Crack Cocaine (felony) | 10/25/96: 1) Found<br>2) Dism/Co Atty |
| 04/11/97 | Omaha, NE | 1) Possess Stolen Firearm (**felony**)<br>2) Concealed Weapon | 04/11/97: 1) Declined<br>07/01/97: 2) 60 days jail |

DETENTION ORDER - Page 3

| | | | |
|---|---|---|---|
| 10/02/97 | Omaha, NE | 1) Littering<br>2) Willful Reckless Driving<br>3) Obstruct Officer<br>4) Flight to Avoid Arrest | 11/21/97: 1) Dism/Court<br>2) Dism/Court<br>3) Dism/Court<br>4) 4 months jail |
| 10/14/97 | Omaha, NE | 1) Receive Stolen Item (**felony**)<br>2) Flight to Avoid Arrest (**felony**)<br>3) False Information<br>4) Willful Reckless Driving<br>5) Obstruct Officer<br>6) Littering<br>7) Flight to Avoid Arrest | 11/04/97: 1) Dism/Pros<br>2) Dism/Pros<br>11/20/97: 3) Dism/Court<br>4) Dism/Court<br>5) Dism/Court<br>6) Dism/Court<br>7) Dism/Court |
| 04/20/98 | Omaha, NE | 1) Driving During Suspension<br>2) Improper Display Plates<br>3) No Valid Registration<br>4) Leaving the Scene<br>5) Failure to Appear | 05/29/98: 1) 60 days jail; license suspension<br>2) 60 days jail<br>3) 60 days jail<br>4) 60 days jail<br>5) 60 days jail |

*Warrant issued on 05/19/98, for failure to appear, which was returned on 05/28/98.*

| | | | |
|---|---|---|---|
| 05/28/98 | Omaha, NE | False Information | 05/28/98: 1 days jail |
| 08/17/98 | Omaha, NE | 1) Possession with Intent to Distribute Controlled Substance (**felony**)<br>2) Possession of Marijuana 1 oz or less<br>3) Obstruct Officer | 02/05/99: 1) 1 year jail<br>08/17/98: 2) Declined<br>3) Declined |
| 04/29/99 | Omaha, NE | 1) Driving During Suspension<br>2) False Information | 09/09/99: 1) Dism/Pros<br>2) Dism/Pros |
| 05/24/99 | Omaha, NE | 1) Driving During Suspension<br>2) Possession of Marijuana 1oz or less<br>3) Possession of Drug Paraphernalia<br>4) Failure to Appear | 09/09/99: 1) 90 days jail; license suspension<br>2) $100 fine<br>3) Dism/Court<br>4) Dism/Court |

DETENTION ORDER - Page 4

| Date | Location | Charges | Disposition |
|---|---|---|---|
| 06/10/99 | Omaha, NE | 1) Driving During Suspension<br>2) Possession of Marijuana 1oz or less | 07/20/99: 1) 30 days jail; license suspension<br>2) $100 fine |
| 07/02/99 | Omaha, NE | 1) Leaving the Scene<br>2) Driving During Suspension<br>3) Violation of Probation | 01/27/00: 1) 12 months probation<br>2) 12 months probation; $150 fine<br>06/21/00: 3) Reference other entry |

*Warrant issued on 04/19/00, for probation violation, which was returned on 06/22/00. Another bench warrant was issued on 09/14/00, for failure to pay fine, which was returned on 10/02/00.*

| Date | Location | Charges | Disposition |
|---|---|---|---|
| 07/05/99 | Omaha, NE | 1) Possession of a Controlled Substance (**felony**)<br>2) Driving Under the Influence<br>3) Possession of Marijuana 1oz or less<br>4) Driving During Suspension<br>5) Driving During Suspension | 02/08/00: 1) 16 days jail<br>08/12/99: 2) 7 days jail; $400 fine; license revocation<br>3) $100 fine<br>4) Dism/Court<br>07/06/99: 5) Declined |
| 11/11/99 | Omaha, NE | 1) Possession of a Controlled Substance (**felony**)<br>2) Tampering with Evidence (**felony**)<br>3) Obstruct Officer<br>4) Possession of a Marijuana 1oz or less | 01/10/00: 1) Dism/Co Atty<br>11/12/99: 2) Declined<br>3) Declined<br>4) Declined |
| 02/09/00 | Omaha, NE | No Operator's License | 09/14/00: Dism/Pros |

*Warrant issued on 04/27/00, which was returned on 06/22/00.*

| Date | Location | Charges | Disposition |
|---|---|---|---|
| 08/27/00 | Omaha, NE | 1) Assault & Battery<br>2) Disorderly Conduct | 11/20/00: 1) 12 months probation; $100 fine.<br>2) Dism/Court |

*Warrant issued on 03/02/01, which was returned on 04/20/01.*

| Date | Location | Charges | Disposition |
|---|---|---|---|
| 10/15/00 | Omaha, NE | 1) Driving During Suspension<br>2) Stop Sign | 11/16/00: 1) Declined<br>11/21/00: 2) $25 fine |

*Warrant issued on 02/12/01, which was cancelled on 02/20/01.*

DETENTION ORDER - Page 5

| Date | Location | Charges | Disposition |
|---|---|---|---|
| 10/16/00 | Omaha, NE | 1) Driving During Suspension<br>2) Obstruct Officer<br>3) Failure to Appear | 11/15/00: 1) Declined<br>11/21/00: 2) $75 fine<br>3) $25 fine |

*Warrant issued on 02/12/01, which was cancelled on 02/20/01.*

| | | | |
|---|---|---|---|
| 02/07/01 | Omaha, NE | Possession of Marijuana 1oz or less | 03/07/01: $100 fine |

*Warrant issued on 04/26/01, which was returned on 05/02/01.*

| | | | |
|---|---|---|---|
| 02/21/01 | Omaha, NE | 1) No Operator's License<br>2) Failure to Appear | 05/11/01: 1) $50 fine<br>2) Dism/Court |

*Warrant issued on 04/17/01, for failure to appear, which was returned on 04/20/01.*

| | | | |
|---|---|---|---|
| 04/20/01 | Omaha, NE | Possession of Marijuana 1oz or less | 05/11/01: $100 fine |

*Warrant issued on 07/09/01, for failure to pay fine, which was returned on 07/10/01.*

| | | | |
|---|---|---|---|
| 05/30/01 | Omaha, NE | Possession with Intent to Deliver Controlled Substance (**felony**) | 01/31/02: 5 years jail<br>09/18/04: Discharged, no parole |
| 11/21/01 | Omaha, NE | 1) Open Container<br>2) Minor in Possession of Liquor | 01/16/02: 1) Dism/Court<br>2) $200 fine |

*Warrant issued on 03/06/02, for failure to pay fine, which was cancelled on 10/10/02.*

| | | | |
|---|---|---|---|
| 01/04/02 | Omaha, NE | 1) Possession of Drug Paraphernalia<br>2) Possession of Marijuana 1oz or less<br>3) Driving During Suspension<br>4) Reckless Driving | 02/14/02: 1) Dism/Court<br>2) Dism/Court<br>3) 30 days jail; license revocation<br>4) Dism/Court |
| 01/24/02 | Omaha, NE | 1) Driving Under Suspension<br>2) Financial Responsibility<br>3) Failure to Appear | 10/27/03: 1) $75 fine<br>2) Dism/Court<br>3) Dism/Court |

*Warrant issued on 02/27/02, for failure to appear, which was returned on 10/06/03.*

| | | | |
|---|---|---|---|
| 01/26/02 | Omaha, NE | 1) Driving Under Suspension<br>2) Financial Responsibility<br>3) Failure to Appear | 10/15/02: 1) Dism/Court<br>2) $100 fine<br>3) Dism/Court |

*Warrant issued on 03/05/02, for failure to appear, which was cancelled on 10/15/02.*

DETENTION ORDER - Page 6

| | | | |
|---|---|---|---|
| 10/04/03 | Omaha, NE | Driving During Suspension | 11/10/03: $75 fine |
| 11/08/04 | Omaha, NE | Driving During Suspension | 01/13/05: $50 fine |

*Warrant issued on 03/14/05, which was cancelled on 03/18/05.*

| | | | |
|---|---|---|---|
| 11/11/04 | Omaha, NE | 1) Driving During Suspension<br>2) Possession of Marijuana 1oz or less | 01/20/05: 1) Dism/Court<br>2) $300 fine |

*Warrant issued on 03/14/05, which was returned on 04/20/05.  A second warrant was issued on 05/04/05, which was returned on 08/11/05.*

| | | | |
|---|---|---|---|
| 04/20/05 | Omaha, NE | Driving During Suspension | 07/12/05: $100 fine |
| 08/10/05 | Omaha, NE | Delivery of Crack Cocaine (**felony**) | 08/12/05: Bound over<br>**\*\*Instant Offense\*\*** |

The defendant has a substance abuse history. He fled from the police at the time of his arrest.  His proposed custodian, his wife, was unaware of his marihuana habit and housed the defendant since his release from the correctional facility while the defendant continued to offend.

   __X__ (5) **Rebuttable Presumptions**
       In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e) which the Court finds the defendant has not rebutted:
    __X__ (a) That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community because the Court finds that the crime involves:
       ____ (1) A crime of violence; or
       __X__ (2) An offense for which the maximum penalty is life imprisonment or death; or
       __X__ (3) A controlled substance violation which has a maximum penalty of 10 years or more; or
       ____ (4) A felony after the defendant had been convicted of two or more prior offenses described in (1) through (3) above, <u>and</u> the defendant has a prior conviction for one of the crimes mentioned in (1) through (3) above which is less than five years old and which was committed while the defendant was on pretrial release.
    __X__ (b) That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:
       __X__ (1) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

DETENTION ORDER - Page 7

    ___   (2) That the defendant has committed an offense under 18 U.S.C. § 924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D. **Additional Directives**
Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:
1. The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
2. The defendant be afforded reasonable opportunity for private consultation with counsel; and
3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: October 7, 2005.

                    BY THE COURT:

                    s/ Thomas D. Thalken
                    United States Magistrate Judge