IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:05CR357
                               )
      v.                       )
                               )
KEVIN SPELLMAN,                )      ORDER
                               )
            Defendant.         )
_____)
```

      This matter is before the Court on defendant's motion for appointment of new counsel (Filing No. 28). After hearing on said motion,

      IT IS ORDERED that defendant's motion for appointment of new counsel is denied without prejudice.

      DATED this 27th day of January, 2006.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court