IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR357 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN SPELLMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 43).  The motion to grant a hearing on said motion will be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for Rule 35 hearing is granted; the hearing is scheduled for:

**Friday, October 6, 2006, at 8:45 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

2) Jerry M. Hug, previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant

for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 11th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court