IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )        8:05CR357
                               )
     v.                        )
                               )
KEVIN SPELLMAN,                )        ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue Rule 35 hearing (Filing No. 49).  The Court notes plaintiff has no objection thereto.  Accordingly,

IT IS ORDERED that the hearing on plaintiff's Rule 35 motion (Filing No. 43) is rescheduled for:

**Monday, December 4, 2006, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 16th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court