IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )        8:05CR357
                               )
          v.                   )
                               )
KEVIN SPELLMAN,                )           ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion
to modify sentence (Filing No. 55), and the stipulation of the
parties (Filing No. 58).  The retroactive amendment to the
cocaine base guideline changes the total (final) offense level
from 29 to 27.  The government and defense agree that the new
sentence should be forty-one (41) months imprisonment, based on
the prior computation of specific offense characteristics,
adjustments, and any departures.  Considering the time served and
credit for good time,

IT IS ORDERED that said motion is granted and the
stipulation of the parties is approved and adopted; the sentence
of the defendant is reduced to time served, and the defendant is
entitled to be released.  Execution of this order shall be stayed
for ten (10) days from the date of this order.  The conditions of

supervised release entered in the original judgment and committal

order remain in full force and effect.

     DATED this 3rd day of March, 2008.

           BY THE COURT:

           /s/ Lyle E. Strom
           _____
            LYLE E. STROM, Senior Judge
            United States District Court