IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )      8:05CR357
                              )
        v.                    )
                              )
KEVIN SPELLMAN,               )      ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue supervised release disposition hearing (Filing No. 76). The finds the motion should be granted. Accordingly,

IT IS ORDERED that the final hearing on disposition of supervised release is scheduled for:

**Friday, October 16, 2009, at 8:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 3rd day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court