## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|      Plaintiff,     ) | |
|     ) | 8:05CR357 |
|    vs.     ) | |
|     ) | ORDER |
| KEVIN J.  SPELLMAN,     ) | |
|     ) | |
|      Defendant.     ) | |

Defendant Kevin J. Spellman (Spellman) appeared before the court on January 11, 2012, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 87).  Spellman  was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Robert C. Sigler.  Through his counsel, Spellman waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1).  I find that the Petition alleges probable cause and that Spellman should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

The government moved for detention.  At the time of the hearing, Spellman was in the custody of Nebraska state correctional authorities.  The motion was held in abeyance pending Spellman coming into federal custody.  Spellman waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state correctional authorities pending his dispositional hearing in these proceedings.

**IT IS ORDERED**:

A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on February 23, 2012**.  Defendant must be present in person.

DATED this 11th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge